419

**No. 61477.**—Elna Corp. of America, Inc., and Barian Shipping Co., Inc. *v.* United States, protests 287072–K, 280369–K, and 280542–K (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of buttonhole cutters in chief value of steel, not plated with platinum, gold, or silver, and not enameled or glazed with vitreous glasses, used chiefly in the household for cutting off buttons and cutting open seams on fabric, the claim of the plaintiffs was sustained.

**No. 61478.**—E. S. Dean *v.* United States, protest 238720–K (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of klystron tubes the same in all material respects as those the subject of *Marconi Instruments, Ltd.* v. *United States* (38 Cust. Ct. 311, C. D. 1880), the claim of the plaintiff was sustained.

**No. 61479.**—Marconi Instruments, Ltd. *v.* United States, protest 274507–K (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of klystron tubes the same in all material respects as those the subject of *Marconi Instruments, Ltd.* v. *United States* (38 Cust. Ct. 311, C. D. 1880), the claim of the plaintiff was sustained.

**No. 61480.**—Dan Brechner & Co. *v.* United States, protest 298041–K (New York).